IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 4:25-CR-120-AGF-JSD |
| HEAVON JOHNSON, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Eastern District of Missouri, and the United States Department of Justice, Violent Crime & Racketeering Section, and moves this Court to order the defendant detained pending trial pursuant to Title 18, United States Code, § 3141, et seq.

In further support, the United States of America states:

1. The defendant Heavon Johnson ("**Defendant**") is charged with: (a) Hobbs Act Robbery, in violation of Title 18, U.S.C. Sections 1951(a) and 2, an offense which carries a maximum term of imprisonment of twenty years; and (b) Use, Carry, Brandish, and Discharge a Firearm during and in relation to a Crime of Violence, Hobbs Act Robbery, in violation of Title 18, U.S.C. Sections 924(c)(1)(A) and 2, an offense which carries a minimum of ten years imprisonment and a maximum term of life imprisonment.

2. Probable cause exists that on or about October 17, 2022, the **Defendant** robbed victims 1 and 2 ("V1" and "V2" or "Victims"), who were employees and owners of Dictate

1

Never Accept Clothing ("DNA Clothing"), which was located at 1311 Washington Avenue, St. Louis, Missouri; a business that engaged in interstate commerce.

3. At approximately 3:18 am on October 17, 2022, V1 and V2, left their residence and walked to DNA Clothing because V1 had received an alert on his phone that the business had been broken into.

4. As V1 and V2 rounded the corner at 13th Street onto Washington Avenue (where the business was located), two males were observed standing near a dark sedan which was parked on the street in front of DNA Clothing.  According to the Victims, one of the males by the sedan pulled out a firearm and opened fire in their direction.  The two male suspects entered the sedan and fled the scene.  V2 shot back in self-defense at the suspects using a pistol which he was carrying.

5. The store cash register, a firearm, a television set, as well as various merchandise were stolen from DNA clothing.

6. St. Louis Metropolitan Police ("SLMPD") officers arrived on scene and interviewed the Victims.  Police officers also reviewed DNA Clothing's in-store surveillance video.  Officers determined that the two suspects initially broke into DNA Clothing at approximately 1:57 a.m., stole merchandise and then left.  The same two suspects returned to DNA Clothing at approximately 3:18 a.m. and continued their theft.  One suspect was wearing jeans and a dark hooded sweatshirt, while the other suspect was wearing a light-colored top and two-tone colored pants- the right leg being a dark color and the left leg a white or lighter color.  Neither suspect's face was visible.

This is the driver suspect inside DNA Clothing:



This is the passenger suspect inside DNA Clothing:



7. In addition to the in-store video, St. Louis Police Real Time Crime Center ("RTCC") pole camera captured the suspects at DNA Clothing. A review of the RTCC video showed the suspects returning to DNA Clothing at approximately 3:18 a.m.

3

8. After being at DNA Clothing the second time for approximately 12 minutes, the RTCC camera showed one suspect, who was carrying what appears to be a shoe box, tossing the shoe box towards the passenger side of the sedan, and then drawing and pointing a pistol in the direction of where V1 and V2 would be coming from.  The two suspects entered the sedan and drove west on Washington Avenue at a high rate of speed while V2 shot at the suspect vehicle, striking the rear window as evidenced by the appearance of glass shattering.  The suspect vehicle was a Hyundai Sonata, with Missouri license plate NJ6K9A ("Suspect Vehicle")[1].

This is the passenger suspect with his pistol drawn out:



9. The pole camera captured the Suspect Vehicle make a U-turn on Washington Avenue after traveling a few blocks west and return towards DNA Clothing.  As the Suspect Vehicle reapproached DNA Clothing, it turned north from Washington Avenue onto 14th Street (which is near DNA Clothing).  When the Suspect Vehicle made the northbound turn, the passenger suspect pointed his pistol out the window and fired east on Washington back towards the general direction of DNA Clothing.

---

[1] This car had been stolen the day prior, October 16, 2022.

4

This is the passenger suspect firing while the car was driving:



10. The pole camera then captured the Suspect Vehicle stop and park just north of Washington Avenue on 14th Street. The two suspects exited the parked car and moved quickly in a crouched position to the corner of Washington and 14th Street. Both suspects appeared to be armed and appeared to take cover while peering east down Washington Avenue towards where the Victims had been. After a few seconds and no additional shooting, the suspects returned to the Suspect Vehicle and fled north on 14th Street.

11. At approximately 8:52 a.m. on October 17, 2022 (5 ½ hours after the robbery), St. Louis Metropolitan Police located the Suspect Vehicle abandoned on a residential street approximately 4 miles from DNA Clothing. The license plate matched that seen on the pole camera. There was also ballistic damage inside the vehicle and the rear window was shot out. Police searched the Suspect Vehicle and located five spent .45 caliber cartridge casings and the rear license plate to the car. Also located in the Suspect Vehicle was a "Converse Play" shoe box with a rare and distinctive caricature of a heart on the box lid:



A similar heart logo was also observed on the clothing being taken by the driver suspect in the photo in paragraph 6.

12. The shoe box located in the Suspect Vehicle is also identical to shoe boxes seen inside DNA Clothing as evidenced by photographs taken by SLMPD after the robbery[2]:



13. Latent fingerprints were lifted from the Suspect Vehicle and certain items located within the car. Fingerprint analysis was performed by the SLMPD Crime Lab, the results of which were[3]:

---

[2] V1 recognized the shoe box in the car as identical to those sold at DNA Clothing.
[3] Lab Report for Lab Case No. 22-006392.

    a. A latent impression from the edge of the roof, above the front passenger window, was identified as the left palm of the **Defendant**;

    b. A latent impression from the backside of the rear license plate, which was located on the rear driver's side floor of the Suspect Vehicle, was identified as the left thumb of the **Defendant**;

    c. Two latent impressions from the rear of that same license plate were each identified as the right index finger of the **Defendant**; and

    d. Four latent impressions taken from the Converse shoe box were identified as the left palm of the **Defendant**.

<u>*Additional Evidence Identifying Heavon Johnson*</u>

*Brasserie by Niche Break-In*

14. On October 17, 2022, at approximately 2:50 a.m.[4], the restaurant "Brasserie by Niche," located at 4580 Laclede Avenue, St. Louis, Missouri, was burglarized.  This business is located approximately 4 miles from DNA Clothing.

15. RTCC video and "Ring" video from the restaurant captured portions of the burglary. Again, there were two suspects, and consistent with the DNA Clothing break-in/robbery, the driver suspect wore a dark hooded sweatshirt and jeans, while the passenger suspect wore a light-colored top and distinctive two-tone color pants.  Further, the suspect vehicle at Brasserie by Niche was also a dark colored sedan.  The business reported nothing having been taken.

16. The **Defendant** was subsequently arrested for this burglary.  On June 23, 2023, in St. Louis City Circuit Court Case No. 2322-CR00385-01, the **Defendant** pleaded guilty to the Brasserie by Niche break-in.

---

[4] Approximately 53 minutes after the initial DNA Clothing break in, and approximately 28 minutes before the second entry.

*Utah Traffic Stop*

17. At approximately 12:26 a.m. on October 21, 2022, four days after the DNA Clothing robbery, the **Defendant** was a passenger in a car stopped by Washington City, Utah police, while driving north on Interstate 15 in Utah. Washington City Police body worn video captured the Defendant and the clothing he was wearing that morning[5]:



The Defendant's sweatshirt has the distinctive heart caricature/logo seen in the photos in paragraphs 6, 11 and 12 of merchandise stolen from DNA Clothing. Finally, V1 identified this sweatshirt as being similar, if not identical, to ones sold by DNA Clothing.

*NIBIN and DNA analysis*

18. On October 31, 2022, fourteen days after the DNA Clothing robbery, SLMPD officers recovered an unoccupied[6], stolen Nissan Altima that was associated with three burglaries. Inside the unoccupied Altima, SLMPD located and recovered three pistols.

---

[5] **Defendant's** face redacted.
[6] A Police Officer saw approximately three suspects with the stolen Altima, but the suspects fled, and Officers were unable to catch the suspects.

19. One of the pistols recovered from the Altima was a Glock model 21, .45 caliber pistol.

20. The National Integrated Ballistic Information Network system ("NIBIN") showed that one of the .45 caliber shell casings recovered on October 17, 2022, from the DNA Clothing Robbery Suspect Vehicle, has the potential to be linked to this Glock model 21 recovered from the Altima[7].

21. In addition to the firearm, a shoe was located and recovered from the front, driver side floorboard of the Altima and a plastic beverage bottle was located and recovered from the center of the rear seat cushion of the Altima.

22. In or about May 2024, the SLMPD crime lab performed DNA analysis related to the shoe and bottle recovered from the Altima[8]:

   a. DNA typing results for two swabs from inside of the shoe are consistent with a mixture of DNA from the **Defendant** as the major contributor and two unknown individuals as the minor contributor; and

   b. DNA typing results from two swabs of the mouth and inside of the cap of the bottle are consistent with a mixture of DNA from the **Defendant** as the major contributor and an unknown individual as the minor contributor.

23. Accordingly, there is a rebuttable presumption pursuant to 18 U.S.C. § 3142(e)(3)(B) that no condition or combination of conditions will reasonably assure the safety of any other person or the community, because probable cause exists that the **Defendant**, used, carried, brandished, and discharged a firearm during and in relation to a crime of violence as he is

---

[7] Confirmation testing is pending as of the writing of this motion.
[8] Lab report for Lab Case Nos. 22-006391, 22-006681, and 22-007252.

9

charged with Title 18, United States Code, § 924(c)(1)(A), Use, Carry, Brandish, and Discharge of a Firearm during and in relation to a Crime of Violence, Hobbs Act Robbery.

24. Further, given the weight of the evidence, and the nature and circumstances of the offense charged, there is a serious danger to the community that would be posed by the **Defendant's** release. Consequently, there are no conditions or combination of conditions that will reasonably assure the **Defendant's** appearance as required.

WHEREFORE, the United States respectfully requests this Honorable Court to order defendant Heavon Johnson detained prior to trial.

>Respectfully submitted,
>
>SAYLER A. FLEMING
>UNITED STATES ATTORNEY
>
>DAVID L. JAFFE
>CHIEF, VIOLENT CRIME & RACKETEERING SECTION
>U.S. DEPARTMENT OF JUSTICE
>
>By:   */s/ Matthew P. Mattis*
>MATTHEW P. MATTIS
>Trial Attorney/Attorney for the U.S.
>California Bar No. 225047
>U.S. Department of Justice
>Violent Crime & Racketeering Section
>1301 New York Avenue, NW
>Washington, DC 20005
>Telephone: (202) 514-3594
>Facsimile: (202) 514-3601
>Matthew.Mattis@usdoj.gov